The judge's charge being omitted, we must accept that the case was fairly and properly submitted to the jury.

It was a question of fact, and we cannot disturb their verdict unless for some error of law.

After a careful examination of the points suggested by the appellant we do not find any substantial error requiring a reversal.

Judgment must, therefore, be affirmed, with costs.

VAN WYCK, Ch. J., and FITZSIMONS, J., concur.

Judgment affirmed, with costs.

----

GEORGE HEROLD, Respondent, *v.* JOHN FLEMING, Appellant.

APPEAL from judgment in favor of plaintiff

Richards & Brown, for appellant.

F. P. Hummel, for respondent.

*Per Curiam.* Judgment affirmed, with costs.

Present: VAN WYCK, Ch. J., and FITZSIMONS, J.

Judgment affirmed, with costs.

----

MARGARET COSTELLO, Respondent, *v.* ROBERT HERBST, Appellant.

APPEAL from judgment in favor of plaintiff, entered upon a verdict.

Hoadly, Lauterbach & Johnson, for appellant.

James Henderson, for respondent.

FITZSIMONS, J. This action was tried upon the theory, on plaintiff's behalf, that she sold and delivered, conditionally, certain goods to the defendant; that is to say, that he would pay a certain price therefor; upon his failure to do so that he would return such goods to the plaintiff.